```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 31118
    JAMES PATRICK COLANGELO
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

             Debtor
    SSN XXX-XX-0193


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 08/08/2005 and was confirmed 01/26/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   28.00%.

      The case was dismissed after confirmation 10/25/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG          .00            .00            .00
B-LINE LLC               SECURED            2500.00         260.67        2458.49
B-LINE LLC               UNSECURED          8393.45            .00            .00
ARROW FINANCIAL          UNSECURED         NOT FILED           .00            .00
BRIDGEVIEW DENTAL OFFICE UNSECURED         NOT FILED           .00            .00
CALVALRY INVESTMENTS     UNSECURED          2023.06            .00            .00
NATIONAL CAPITAL MGMT LL UNSECURED          4703.08            .00            .00
CITY OF CHICAGO PARKING  UNSECURED           250.00            .00            .00
ROBERT BOSACK DDS        UNSECURED         NOT FILED           .00            .00
HOLLYWOOD ENTERTAINMENT  UNSECURED         NOT FILED           .00            .00
ILLINOIS DEPT OF HUMAN S UNSECURED         NOT FILED           .00            .00
JAMES P COLANGELO        NOTICE ONLY       NOT FILED           .00            .00
LOYOLA UNIVERSITY HEALTH UNSECURED         NOT FILED           .00            .00
PHYSICIANS PLUS LTD      UNSECURED         NOT FILED           .00            .00
RUSH UNIVERSITY MED CENT UNSECURED         NOT FILED           .00            .00
SINAI HEALTH SYSTEM      UNSECURED         NOT FILED           .00            .00
THORNTOWN TOWN COURT     UNSECURED         NOT FILED           .00            .00
UNITED COLLECTION BUREAU UNSECURED           250.00            .00            .00
UNIVERSITY ANESTHESIOLOG UNSECURED           107.63            .00            .00
UNIVERSITY RHEUMATOLOGIS UNSECURED         NOT FILED           .00            .00
VISION SURGEONS & CONSUL UNSECURED         NOT FILED           .00            .00
DEBRA J VORHIES LEVINE   DEBTOR ATTY        2,100.00                      2,100.00
TOM VAUGHN               TRUSTEE                                            288.84
DEBTOR REFUND            REFUND                                                .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  5,108.00

PRIORITY                                         .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 31118 JAMES PATRICK COLANGELO
```

```
SECURED                                                        2,458.49
    INTEREST                                                     260.67
UNSECURED                                                            .00
ADMINISTRATIVE                                                 2,100.00
TRUSTEE COMPENSATION                                             288.84
DEBTOR REFUND                                                        .00
                                    ---------------    ---------------
TOTALS                                     5,108.00           5,108.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/28/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE